UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA FIGUEROA,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC., et al.,<br><br>Defendants. | Case No.  1:25-cv-00534-JLT-EPG<br><br>ORDER EXTENDING CASE DEADLINES<br><br>(ECF No. 50) |

This matter is before the Court on the parties' stipulation (ECF No. 20) for an order staying or extending the case deadlines outlined in the July 24, 2025 scheduling order. (ECF No. 19). In support of the of the stipulation, the parties state that they have worked diligently to schedule mediation and chose a mediator that had availability sooner than other California mediators. Mediation is currently scheduled for March 3, 2026. (*Id.* at 3). The parties claim that the pending deadlines for non-expert discovery, expert disclosures, and Plaintiff's deadline to file for class certification will cause prejudice, as the parties may be required to expend litigation costs for a case that may be resolved shortly thereafter in mediation. As such, the parties request a stay of the pending deadlines, or in the alternative, an extension of 90 days for all pending deadlines.

//

//

Finding good cause, IT IS ORDERED that all pending deadlines be extended by 90 days.

1. The Court's scheduling order (ECF No. 19) is modified as follows:

| Event | Former Date/Deadline | Continued Date/Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | March 27, 2026 | June 25, 2026 |
| Expert Disclosure | April 26, 2026 | July 27, 2026 |
| Rebuttal Expert Disclosure | May 26, 2026 | August 24, 2026 |
| Expert Discovery Cutoff | June 26, 2026 | September 24, 2026 |
| Motion for Class Certification | June 26, 2026 | September 24, 2026 |
| Opposition to Class Certification | August 28, 2026 | November 30, 2026 |
| Reply re: Class Certification | September 30, 2026 | December 29, 2026 |
| Class Certification Hearing | October 16, 2026, at 10:00 a.m. before Judge Grosjean | January 14, 2027, at 10:00 a.m. before Judge Grosjean |

IT IS SO ORDERED.

Dated:   **October 31, 2025**           /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2